IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANDES CAPITAL FINANCING LLC and COEVOLUTION LLC, | ) ) |
| Plaintiffs, | ) |
| v. | ) Case No. 6:21-cv-01270 |
| | ) |
| CROSSED KEYS LLC, BRIAN WEAVER, JAE CHA, and TORCH RESEARCH LLC, | ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE**

Plaintiffs agree that their original summary judgment response brief (Doc. 121) was not compliant with the page limit rules of D. Kan. R. 7.1(d)(2). Plaintiffs filed their original brief erroneously under the page limit rules applicable prior to December 1, 2022. The undersigned counsel is deeply embarrassed and apologizes to the Court and counsel for the error.

The parties have conferred, and defendants have consented to the filing of a corrected brief. Plaintiffs filed the corrected brief on April 11, 2023 (Doc. 125). Pursuant to the parties' agreement, the corrected brief is compliant with D. Kan. R. 7.1(d)(2)'s page limit requirements and does not add any additional argument.

Accordingly, plaintiffs do not object to defendants' motion to strike their original brief (Doc. 121). Defense counsel should be commended for their professionalism and courtesy.

BARBER EMERSON, L.C.


By <u>s/ Terrence J. Campbell</u>
    Terrence J. Campbell, KS #18377
    Matthew J. Rogers, KS # 27667
    1211 Massachusetts Street
    P.O. Box 667
    Lawrence, KS 66044
    Tele: (785) 843-6600
    Fax: (785) 843-8405
    tcampbell@barberemerson.com
    mrogers@barberemerson.com

R. Jeronimo Valdez (admitted pro hac vice)
VALDEZ | WASHINGTON LLP
Highland Park Place
4514 Cole Avenue, Suite 600
Dallas, Texas 75205
(214) 361-7800 – Dallas (Main Office)
(469) 327-2629 – Fax
jvaldez@vwlegal.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 12, 2023, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                     s/ Terrence J. Campbell
                     Terrence J. Campbell